MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0529-1 SBA |
|    Plaintiff, | STIPULATION TO CALENDAR TRIAL SETTING FOR MAY 29, 2012, AND TO EXCLUDE TIME FROM MAY 3 THROUGH MAY 29, 2012; [PROPOSED] ORDER |
| v. | |
| NORMAN WIELSCH, | |
|    Defendant. | |

     IT IS HEREBY STIPULATED by and between defendant Norman Wielsch, through his counsel Michael Cardoza, and plaintiff United States of America, through its counsel Assistant United States Attorney Hartley M. K. West, that the Court place this matter on its 10:00 a.m. calendar on May 29, 2012, for trial setting.

     The parties further stipulate and request that the time between today, May 3, 2012, and the trial setting conference on May 29, 2012, should be excluded under the Speedy Trial Act for continuity of defense counsel because Mr. Cardoza is in trial in another matter and thus unavailable. At the March 20, 2012 status appearance, the Court excluded time until April 27, 2012, on which date counsel was scheduled to file pretrial motions. Mr. Cardoza advised the

STIP. TO CALENDAR TRIAL SETTING & TO EXCLUDE TIME
[PROPOSED] ORDER
CR 11-0529-1 SBA

Court that he did not intend to file any such motions, and counsel for codefendant Christopher Butler has not filed any motions because Butler is scheduled to enter a change of plea on May 4, 2012. Accordingly, the Speedy Trial clock has been running since April 27. As of today, eleven days have run on the Speedy Trial clock; the clock currently runs out on July 1, 2012.

SO STIPULATED.

Date: May 3, 2012					MELINDA HAAG
							United States Attorney


							_____/s/_____
							HARTLEY M. K. WEST
							Assistant United States Attorney


Date: May 3, 2012					_____/s/_____
							Michael Cardoza
							CARDOZA LAW OFFICES
							Counsel for Defendant Norman Wielsch

STIP. TO CALENDAR TRIAL SETTING & TO EXCLUDE TIME
[PROPOSED] ORDER
CR 11-0529-1 SBA                           2

| | |
|---|---|
| 1 | [PROPOSED] ORDER |
| 2 | Based upon the representation of counsel and for good cause shown, the Court finds that |
| 3 | failing to exclude the time between May 3, 2012, and May 29, 2012, would unreasonably deny |
| 4 | the defendant continuity of counsel.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that |
| 5 | the ends of justice served by excluding the time between May 3, 2012, and May 29, 2012, from |
| 6 | computation under the Speedy Trial Act outweigh the best interests of the public and the |
| 7 | defendant in a speedy trial.  Therefore, IT IS HEREBY ORDERED that the time between May 3, |
| 8 | 2012, and May 29, 2012, shall be excluded from computation under the Speedy Trial Act.  18 |
| 9 | U.S.C. § 3161(h)(7)(A) and (B)(iv). |

DATED: 5/7/12

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge