WILLIAM E. GAGEN, JR. CSB #043832
AMANDA I. BEVINS, CSB#167938
Gagen, McCoy, McMahon, Koss, Markowitz & Raines
279 Front Street
P.O. Box 218
Danville, CA 94526
Telephone: (925) 837-0585
Facsimile: (925) 838-5985

Attorneys for Defendant
CHRISTOPHER BUTLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.: CR11 0529 SBA |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER TO FILE UNDER SEAL** |
| vs. | Sentencing Date: September 21, 2012 |
| CHRISTOPHER BUTLER, | Time: 3:00 pm |
| Defendant. | **UNDER SEAL** |

Christopher Butler, by and through his counsel William E. Gagen, Jr., hereby moves this Court for an order sealing the application for sealing order, the sealing order, Defendant's Sentencing Memorandum, and all documents related to the Sentencing Memorandum in the above-referenced action. The Sentencing Memorandum relates to an ongoing investigation and the named defendant is in the Dublin Federal Detention Facility. Accordingly, disclosure of these documents may jeopardize Defendant's safety

This application is made on grounds that sentencing documents contain constitutionally-protected information. The individual's right to privacy in such information overrides the public's qualified right of access.

Assistant United States Attorney Hartley West has been contacted and she too has petitioned the Court for an Order to file under seal the Government's Sentencing

Law Offices of
GAGEN,
MCCOY,
MCMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585

Memorandum.

Dated: September 5, 2012

GAGEN, MCCOY, MCMAHON, KOSS, MARKOWITZ & RAINES
A Professional Corporation

By: ------------/s/------------------------------------
WILLIAM E. GAGEN, JR.
Attorneys for Defendant
CHRISTOPHER BUTLER

ORDER

Upon motion of the Defendant and good cause shown, it is hereby ORDERED that the application for a sealing order, the sealing order, Defendant's Sentencing Memorandum, and all documents related to the Sentencing Memorandum in the above-referenced action, shall be filed under seal by the Clerk until further order of the Court.

Dated: Sept 14, 2012

Sandra B Armstrong
SANDRA BROWN ARMSTRONG
Judge, United States District Court

Law Offices of
GAGEN,
MCCOY,
MCMAHON,
KOSS,
MARKOWITZ
& RAINES
A Professional
Corporation
279 Front Street
Danville, CA
94526
(925) 837-0585