UNITED STATES OF AMERICA

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 11-0529 SBA |
| Plaintiff, ) | FINAL ORDER OF FORFEITURE |
| v. ) | |
| CHRISTOPHER BUTLER, ) | |
| Defendant. ) | |

On July 2, 2012, the Court entered a Preliminary Order of Forfeiture forfeiting the following property,

- 2005 Hummer SUV, vehicle identification number 5GRGN23U65H130916

pursuant to Title 21, United States Code, Section 853(a) and the procedures outlined in Rule 32.2 of the Federal Rule of Criminal Procedure.

The United States represents that it has complied with the publication and notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is ordered that the above-described property shall be forfeited to the United States, pursuant to Title 21, United States Code, Section 853(a). All right, title, and interest in said property is vested in the United States of America. The appropriate federal agency shall dispose of the forfeited property according to law.

Dated: 9/21/12

HONORABLE SAUNDRA B. ARMSTRONG
United States District Judge