MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST (CABN 191609)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> NORMAN WIELSCH, <br>     Defendant. | No. CR 11-0529-1 SBA <br><br> STIPULATION TO RESCHEDULE SENTENCING; ORDER |

On December 5, 2012, defendant Norman Wielsch pleaded guilty in the above-captioned case before U.S. Magistrate Judge Kandis A. Westmore, as referred by the Honorable Saundra Brown Armstrong. Clerk's Record (CR) 83, 84. The Court scheduled sentencing for February 19, 2013. Cr. 84.

On December 20, 2012, defense counsel Michael Cardoza filed a Stipulation and Proposed Order to continue the sentencing to March 26, 2013, for the purpose of allowing the defense time to obtain a psychological and mental report for consideration in Mr. Wielsch's sentencing. CR 90. On January 4, 2013, the Court moved the sentencing up from February 19 to February 7, 2013. On January 8, 2013, Wielsch terminated his representation by Mr. Cardoza and substituted attorney Raymond Erlach as his counsel. CR 92.

STIP. TO RESCHEDULE SENTENCING;
[PROPOSED] ORDER
CR 11-0529-1 SBA

Mr. Erlach is now getting up to speed on Mr. Wielsch's case in order to effectively represent his client at sentencing. The Probation Office has not had an opportunity to interview Mr. Wielsch to prepare a presentence report. Mr. Erlach would like such an interview to occur.

Accordingly, having consulted with Probation Officer Jessica Goldsberry, counsel for the defendant and the government hereby stipulate that it is in the interests of justice to continue Mr. Wielsch's sentencing at least eight weeks. The parties are available the weeks of March 25, April 1, and April 15, and ask that this Court schedule the sentencing during one of those weeks.

SO STIPULATED.

Date: January 23, 2013  MELINDA HAAG
United States Attorney

_____/s/_____
HARTLEY M. K. WEST
Assistant United States Attorney

Date: January 23, 2013  _____/s/_____
RAYMOND N. S. ERLACH
Counsel for Defendant Norman Wielsch

ORDER

For the reasons stated above, this Court continues the sentencing of defendant Norman Wielsch from February 7, 2013, to April 2, 2013, at 10:00 a.m.

DATED: \_1/25/13   _____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

STIP. TO RESCHEDULE SENTENCING;
[PROPOSED] ORDER
CR 11-0529-1 SBA                    2